**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

**BAYRIDGE LOK HOLDINGS LLC**,

                    Debtor.

-----------------------------------------------------------X

Chapter 11

Case No.: 21-43128 (JMM)

### ORDER SHORTENING NOTICE AND SCHEDULING HEARING ON THE DEBTOR'S MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN OF REORGANIZATION

**UPON** the motion **[ECF No. 30] (JMM)** of Bayridge LOK Holdings LLC, the debtor and debtor in possession (the "Debtor") for entry of an Order Shortening the Notice Period ("Motion to Shorten Notice") dated March 2, 2022 to schedule a hearing on the Debtor's Motion for Entry of an Order ~~to~~ **(JMM)** (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on the Debtor's Motion for an Order Approving Disclosure Statement and Confirming Debtor's Plan of Reorganization ("Combined Hearing Motion"); and the Court having determined it has subject matter jurisdiction to consider the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Referral of Cases to Bankruptcy Judges* (E.D.N.Y. August 28, 1986) (Weinstein, C.J.) as supplemented by the December 5, 2012 order of Chief Judge Carol Bagley Amon; and the Court having determined that the relief requested constitutes a core proceeding under 28 U.S.C. § 157(b); and the Court having determined that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested is in the best interests of the Debtor and its estate and creditors; and the Court having determined that under Bankruptcy Rule 9006(c)(1) the Debtor has established cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. A hearing shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201-1800 to consider the relief requested in the Combined Hearing Motion on **March 7, 2022 at 12:00 p.m.** The hearing shall proceed by Zoom video conference. **The Zoom video conference information for the hearing is as follows:**

> Join ZoomGov Meeting
> https://www.zoomgov.com/j/1609142914
>
> Meeting ID: 160 914 2914
>
> Dial by your location
> +1 669 254 5252 US (San Jose)
> +1 646 828 7666 US (New York)
>
> Meeting ID: 160 914 2914

2. Any objections to the Combined Hearing Motion must be **filed with the Court and (JMM)** served upon (i) Robinson Brog Leinwand Greene Genovese & Gluck P.C., attorneys for the Debtor, 875 Third Avenue, 9th Floor, New York, New York 10022, Attn: Fred B. Ringel (fbr@robinsonbrog.com) and Clement Yee (cy@robinsonbrog.com); and (ii) the United States Trustee for the Eastern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Rachel Wolf, Esq. (rachel.wolf@usdoj.gov) ~~with a courtesy copy to Chambers~~, so that they are actually received on or before **March 7, 2022 at 9:00 a.m**. Opposition may also be stated at the **March 7, 2022** hearing.

3. Service of a copy of this Order, the Combined Hearing Motion, the Plan, and Disclosure Statement by overnight mail ~~or~~ **and (JMM)** by email if email addresses are available to counsel to the Debtor upon (i) counsel to Sunset **LG Realty LLC (JMM)**, (ii) counsel to 699

**92nd Street LLC (JMM)**, (iii) the United States Trustee for the Eastern District of New York; (iv) all creditors; and (v) all parties having filed notices of appearance in this case, on **March 3, 2022** shall be deemed good and sufficient service and notice of the Combined Hearing Motion and the relief sought therein.

4. This Court ~~shall~~ **may (JMM)** retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.



Dated: Brooklyn, New York
March 3, 2022

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**